Christopher R. Harris
Direct Dial: (212) 906-1880
christopher.harris@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

November 8, 2013

**VIA ECF & HAND DELIVERY**

Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Monroe County Employees' Retirement System v. YPF Sociedad Anonima, et al.*, 13 Civ. 00842 (SAS)

Dear Judge Scheindlin:

We represent Respol, S.A. ("Repsol"), and write respectfully to request an extension of the page limit for the memorandum of law Repsol intends to submit in support of its motion to dismiss Plaintiffs' claims in the above-captioned matter. Repsol's brief is due on November 26, 2013. Repsol requests ten additional pages, for a total of thirty-five pages. Plaintiffs' counsel consents to this request.[1]

Repsol respectfully submits that this request is appropriate given the number and complexity of issues to be briefed. This includes issues arising from Plaintiffs' previously-withdrawn claims under the Securities Act of 1933, which Plaintiffs included in the Second Consolidated Amended Complaint (the "Complaint") after the Court granted leave to revive them against certain Defendants. The Complaint now asserts five theories of relief under both the Securities Act and the Securities Exchange Act of 1934. These claims raise complicated legal issues, requiring multi-step analyses under the Private Securities Litigation Reform Act ("PSLRA") and case law, as well as numerous doctrines affecting the right to relief in securities class actions. In addition to the merits issues, Repsol also intends to address the tolling and timeliness questions on which the Court specifically invited briefing in its October 8, 2013 Order and at the October 15, 2013 conference.

---

[1] Repsol will not oppose any request by Plaintiffs for a ten-page extension of the page limit for their opposition brief.

*[Handwritten order:]* Repsol and YPF shall each have an additional five (5) pages for their Motions to Dismiss. Plaintiffs shall have an additional ten (10) pages for their Opposition. No further page extensions shall be granted.

SO ORDERED,

11/18/13  Shira A. Scheindlin, U.S.D.J.

Hon. Shira A. Scheindlin
November 8, 2013
Page 2

**LATHAM&WATKINS**LLP

   To ensure that Repsol can clearly and adequately address each of these issues, we respectfully request that the Court grant the extension of ten pages.

            Respectfully submitted,

            /s/ Christopher R. Harris
            Christopher R. Harris
            of LATHAM & WATKINS LLP

cc: Mario Alba, Jr., Esq. (via ECF and e-mail)
   Robbins Geller Rudman & Dowd LLP
   malba@rgrdlaw.com

   Thomas J. Hall, Esq. (via ECF and e-mail)
   Chadbourne & Parke LLP
   thall@chadbourne.com

   Jonathan Rosenberg, Esq. (via ECF and e-mail)
   O'Melveny & Myers LLP
   jrosenberg@omm.com