UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>      vs.<br><br>YPF SOCIEDAD ANONIMA, et al.,<br><br>                            Defendants. | Civil Action No. 1:13-cv-00842 (SAS) (GWG) (Consolidated)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Repsol YPF, S.A., now known as Repsol, S.A., states that it has no parent corporation, and that CaixaBank, S.A. owns 10% or more of its stock.

Dated: November 26, 2013
        New York, New York

                                          LATHAM & WATKINS LLP

                    By:   /s/ Christopher R. Harris
                              Miles N. Ruthberg
                              James E. Brandt
                              Christopher R. Harris

                              885 Third Avenue
                              New York, New York 10022
                              Tel: (212) 906-1200
                              Fax: (212) 751-4864
                              miles.ruthberg@lw.com
                              james.brandt@lw.com
                              christopher.harris@lw.com

                              *Attorneys for Defendant Repsol, S.A.*