UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>YPF SOCIEDAD ANONIMA, et al.,<br><br>                Defendants. | Civil Action No. 1:13-cv-00842 (SAS) (GWG) (Consolidated)<br><br>**NOTICE OF MOTION**<br><br>Oral Argument Requested |

PLEASE TAKE NOTICE that upon the annexed Declaration of Christopher R. Harris, dated November 26, 2013, and the accompanying Memorandum of Law, the undersigned, on behalf of Defendant Repsol, S.A., hereby moves this Court, before the Honorable Shira A. Scheindlin, in Courtroom 15C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an order dismissing the Second Consolidated Amended Complaint pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act.

PLEASE TAKE FURTHER NOTICE, that pursuant to the schedule set by the Court on October 15, 2013, Plaintiffs' opposition papers shall be served on or before December 24, 2013; and Defendants' reply papers shall be served on or before January 10, 2014.

Dated: November 26, 2013
       New York, New York

                        LATHAM & WATKINS LLP

By:  /s/ Christopher R. Harris
      Miles N. Ruthberg
      James E. Brandt
      Christopher R. Harris

      885 Third Avenue
      New York, New York 10022
      Tel: (212) 906-1200
      Fax: (212) 751-4864
      miles.ruthberg@lw.com
      james.brandt@lw.com
      christopher.harris@lw.com

      *Attorneys for Defendant Repsol S.A.*