UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>YPF SOCIEDAD ANONIMA, et al.,<br><br>　　　　　　　　　　　　　　Defendants. | ORAL ARGUMENT REQUESTED<br><br><br>Civil Action No. 1:13-cv-00842-SAS<br>(Consolidated) |

## DEFENDANT YPF SOCIEDAD ANÓNIMA'S NOTICE OF MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT

PLEASE TAKE NOTICE that Defendant YPF Sociedad Anónima ("YPF"), by and through its undersigned counsel, hereby moves this Court, before the Honorable Shira A. Scheindlin, to dismiss with prejudice the Second Consolidated Amended Complaint in this action in its entirety pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6) and 12(b)(1), and the Private Securities Litigation Reform Act, for failure to state a claim upon which relief can be granted, and for Lead Plaintiff's lack of standing to assert Counts IV and V.  In support of this motion, Defendant YPF relies upon this Notice of Motion, Defendant YPF's Memorandum of Law in Support of its Motion to Dismiss the Second Consolidated Amended Complaint, and the Declaration of Thomas J. Hall, together with its Exhibits, submitted herewith.

PLEASE TAKE FURTHER NOTICE that counsel for YPF hereby requests oral argument.

Respectfully submitted,

CHADBOURNE & PARKE LLP

By       /s/ Thomas J. Hall
      Thomas J. Hall
      A Member of the Firm
*Attorneys for Defendant YPF Sociedad Anónima*
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100
thall@chadbourne.com