O'MELVENY & MYERS LLP
Jonathan Rosenberg
Abby F. Rudzin
Edward Moss
7 Times Square
New York, NY 10036
(212) 326-2000

*Attorneys for Defendants Morgan Stanley & Co. Incorporated, Credit Suisse Securities (USA) LLC, and Goldman, Sachs & Co.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YPF SOCIEDAD ANONIMA, et al.,<br><br>Defendants. | Civil Action No. 1:13-cv-0842 (SAS) |

**NOTICE OF MOTION OF DEFENDANTS**
**MORGAN STANLEY & CO. INCORPORATED, CREDIT SUISSE**
**SECURITIES (USA) LLC, AND GOLDMAN SACHS & CO. TO**
<u>**DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT**</u>

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of the Underwriter Defendants' Motion to Dismiss the Second Consolidated Amended Complaint, and the Declaration of Abby F. Rudzin, Esq., dated November 26, 2013, and the exhibits attached thereto, defendants Morgan Stanley & Co. Incorporated, Credit Suisse Securities (USA) LLC, and Goldman, Sachs & Co. will move before the Honorable Shira A. Scheindlin, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New

York, New York, 10007, at a date and time to be designated by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Second Consolidated Amended Complaint of Felix Portnoy and David Markovic and awarding such other and further relief as this Court may deem just and proper.

    Moving Defendants certify that their counsel exchanged correspondence with Plaintiffs' counsel in an effort to resolve the issues raised by this motion but were unable to reach any resolution or otherwise eliminate the need for this motion.

Dated: November 26, 2013                                         Respectfully submitted,

                                                                    /s/ Jonathan Rosenberg
                                                           Jonathan Rosenberg
                                                           Abby F. Rudzin
                                                           Edward Moss
                                                           O'MELVENY & MYERS LLP
                                                           7 Times Square
                                                           New York, NY 10036
                                                           (212) 326-2000
                                                           jrosenberg@omm.com
                                                           arudzin@omm.com
                                                           emoss@omm.com

                                                           *Attorneys for Defendants Morgan Stanley & Co. Incorporated, Credit Suisse Securities (USA) LLC, and Goldman, Sachs & Co.*